```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH GRAJALES,

                            Petitioner,
        v.

WILLIAM BROWN,

                            Respondent.
------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 1 1 2008 ★
BROOKLYN OFFICE

JUDGMENT
08-CV-788 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 3, 2008, denying the petitioner's request for writ of habeas corpus; ordering that a certificate of appealability will not issue; and directing the Clerk of Court to enter judgment in the favor of the respondent; it is

ORDERED and ADJUDGED that the petitioner take nothing of the respondent; that the petition is denied; and that a certificate of appealability will not issue.

Dated: Brooklyn, New York
       June 3, 2008

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court